JOHN J. HAGGERTY, Appellant, v. JOSEPH LARKIN, Respondent.— Motion for stay granted, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

GEORGE HUGUE, Respondent, v. ELIAS BERLOW CORPORATION and Others, Defendants. JACOB LERNER, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the February term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

In the Matter of the Application for Appointment of a Committee of the Person and Property of AMELIA M. BROWN, an Alleged Incompetent Person.— Motion for stay denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

In the Matter of GEORGE M. SCHINZEL, an Attorney.— Motion to strike out certain portions of petition, and to make same more definite, denied; and matter referred to Hon. Edward B. Thomas, official referee, to take proof and report thereon, with his opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ. Settle order on notice.

EMERSON P. JENNINGS, Respondent, v. PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ. Settle order on notice before Mr. Justice Young.

THE PEOPLE'S TRUST COMPANY, as Trustee, etc., Appellant and Respondent, v. WILLIAM O'MEARA and Others, Respondents and Appellants, Impleaded with MAURICE O'MEARA COMPANY, Defendant.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

MAX PHILLIPS, Respondent, v. WEST ROCKAWAY LAND COMPANY and BELLE HARBOR EDGEMERE REALTY COMPANY, INC., Appellants.— Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE PERRY PHILLIPS, Appellant.— Motion to resettle order granted. Order signed. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

THE UNION AND NEW HAVEN TRUST COMPANY, Respondent, v. FEGA REZA SHANBROM and Others, Defendants. LOUIS GOLDMAN, Appellant.— Motion for stay denied, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

ELLEN S. WARREN, as Administratrix, etc., of FRANCIS J. WARREN, Deceased, Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

EDMUND BAUM and ARTHUR H. STRAUSS, Respondents, v. THE HARRIS COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.